IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL DARNELL OLIVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:15-CV-920-WKW |
| | ) | [WO] |
| T. JONES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On January 29, 2016, the Magistrate Judge filed a Recommendation in this case. (Doc. # 9.) Plaintiff filed Objections on February 11, 2016. (Doc. # 10.) The court has made a *de novo* determination of those portions of the Recommendation to which Plaintiff objects and has independently reviewed the file. As set forth in the Recommendation, this action is barred by operation of 28 U.S.C. § 1915(g). Nothing in Plaintiff's Objections demonstrates that he currently "is under imminent danger of serious physical injury" such that he may circumvent the procedural bar set forth in § 1915(g).

Upon careful consideration, it is ORDERED as follows:

1. Plaintiff's Objections are OVERRULED;

2. The Recommendation (Doc. # 9) is ADOPTED;

3. Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. # 2) is DENIED.

4. This case is DISMISSED without prejudice for Plaintiff's failure to pay the filing and administrative fees upon initiation of this case.

A separate final judgment will be entered.

DONE this 24th day of February, 2016.

                                      /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE